# INDEPENDENT CONTRACTOR AGREEMENT

**AGREEMENT** made and entered into as of this Aug 26, 2024 by and between **Mobile Ed Productions, Inc.**, (a Michigan Corporation), with principal offices at 26018 West Seven Mile Road, Redford, MI 48240, (313) 533-4455 Federal ID 38-2463141. Hereinafter known as **"Agency"**, and *Zachary Montez*, Address: 7636 *Summer Creek Dr, Apt* 3301, *Forth Worth, TX* 76123, Phone: 830 − 549 − 7163, Social Security Number XXX-XX-3840, DBA / *Zachary Montez*, hereinafter known as **"Contractor"**. The aforementioned parties hereby agree to the following:

A: **SERVICES TO BE RENDERED:**

Contractor agrees to render services for the Agency as a "Performer" for the Contractor's version and production of the school assembly program entitled **EARTH "The Earth Dome"**, **MAGIC "The Magic of Science"**, **Q4KIND "Quest for Kindness"**, **STEAM "STEAM Museum"**, hereinafter called the "Program(s)". Each individual performance of a Program will herein be referred to as a "session".

B: **TERM OF AGREEMENT:**

Contractor will begin furnishing services for Agency on or about Aug 26, 2024 and will continue until **June 30, 2025** [Initial Term of Agreement]. Upon expiration of the Initial Term of Agreement, this Independent Contractor Agreement will automatically renew for an additional 12 months, and annually thereafter, at the same rates specified on the Agreement unless Contractor notifies Agency in writing ninety (90) days prior to the expiration of the Initial Term of Agreement (or current extension thereof) that Contractor does not intend to renew this agreement and will return any leased equipment, if applicable.

C: **DECLARATION OF INDEPENDENT CONTRACTOR:**

It is agreed and understood that Contractor's relationship to Agency is that of an Independent Contractor and that Contractor is not a partner, agent, nor employee of Agency. Neither party to the Agreement shall represent the relationship as being anything other than that of an Independent Contractor. Accordingly, the Contractor shall be responsible for payments of all taxes and insurance applicable under existing laws, including, but not limited to, social security taxes, federal, state, and city income taxes, and Worker's Compensation insurance. Contractor warrants that Contractor will make necessary payments due appropriate governmental agencies to comply with the foregoing and indemnify the Agency against any claims, liabilities, costs, or expenses that may arise out of breach of the foregoing. Contractor also assumes all liability for his/her general liability and workers's compensation insurance coverage. Contractor has no authority to bind Agency in any transactions and is not to make any representations that Contractor has such authority. Contractor, likewise, may not participate in any employee benefit programs offered by the Agency. Contractor hereby acknowledges that they are not covered by Agency's Worker's Compensation Insurance and Contractor can make no claim on the Agency's Worker's Compensation policy. Contractor further acknowledges and agrees that they are to have their own coverage for worker's compensation.

D: **TERMS OF PAYMENT:**

Provided Contractor renders services in accordance with this Agreement, Agency will pay Contractor the following fees for services performed hereunder and rights herein granted. Agency does not owe Contractor any compensation until, and only at the time of actual receipt by Agency of Contractor's invoice for services performed in completion. Said payments will be paid to Contractor per the attached bi-weekly PAYMENT SCHEDULE. All payments will be made on Friday, on a bi-weekly basis, following completion of services and after receipt, by Agency, of an Invoice from Contractor, which is to be submitted by Contractor and which must arrive at Agency by Monday of the following week. All Payments will only be direct deposited to Contractor's account. There are no checks issued by Agency. Payments will not be made without receipt of an invoice. The final week's payment will be made within 20 days after Termination and compliance of this and any additional Agreements entered into between Agency and Contractor (i.e. vehicle, equipment).



EXHIBIT

A

exhibitsticker.com

For purposes of this Agreement, payments shall be based upon Program(s) scheduled within a 7-day period. 7-day periods shall begin at 12:00 a.m. Sunday through 11:59 p.m. Saturday. Bi-weekly PAYMENT SCHEDULE shall encompass two 7-day periods as indicated PAYMENT SCHEDULE below. Payments are based upon a Daily performance fee as follows: (The totals shown are the invoice amounts for the number of performance days within a 7-day period.)

**Base Performance Fee (BPF):**
**FORCES** = **$450.00** /Performance Day plus **$50.00**/session over **seven** ( **7** ) sessions in a Performance Day
**MAGIC** = **$425.00** /Performance Day plus **$50.00**/session over **four** ( **4** ) sessions in a Performance Day
**Q4KIND** = **$425.00** /Performance Day plus **$50.00**/session over **four** ( **4** ) sessions in a Performance Day
**STEAM** = **$550.00** /Performance Day plus **$50.00**/session over **six** ( **6** ) sessions in a Performance Day

**Evening and Special Sessions Performance Fee:**
Performance Fee for Evening Sessions (sessions that begin after 6:00 p.m.) or Special Session (including weekend sessions) will be paid at 125% of BPF. For purposes of this Agreement, special payment rates will be negotiated between Agency & Contractor.

**Additional Travel Pay:**
While Agency does not provide travel pay as part of the Contractor's Performance fee (see Section E), Contractor will be compensated $0.50/mile for every mile over 120 miles between performance days. This does not apply to days when a session is not booked, only for back-to-back performance days. This also does not apply to weekend drives from "Friday-to-Monday", however extraneous distances will be handled on a case-by-case basis between Agency and Contractor. The mileage will be calculated city-to-city using Google Maps. Mobile Ed will calculate the mileage and add it to the Contractor's fee. Contractor is not responsible for calculating travel mileage and any calculations provided will be disregarded.

**DEFINITIONS**:
**Performance Day**: A typical Performance Day may consist of one or more separate locations with multiple sessions at each location, or one location with multiple sessions for the entire day at that location. The number of locations and sessions per day may vary based upon the needs of the client. Any request by client for modification to the number of sessions must be approved, in advance, by Agency before being performed.

**Special Performances**: In the event that a Special Performance sale price must be negotiated with a venue and the negotiated sale price is less than the standard daily sale price, the Agency will negotiate a special daily rate for the performance. Contractor's BPF, in such instances, would be modified. This modification in compensation will be communicated, by Agency, to the Contractor for Contractor's review and approval. Contractor retains the right to refuse such work.

**EXCEPTIONS:**
There may be certain instances whereby the Contractor will arrive at a scheduled performance location and it will be determined that the Program(s) cannot be completed due to "Acts of God". In this event, Agency may compensate Contractor up to a maximum payment of $100.00. Each such incident shall be determined upon its own merits and not upon other incidents.

E: **CONTRACTOR EXPENSES:**
It is understood that Contractor is expected to pay for all personal services, including but not limited to, transportation charges, meals, gasoline, motels, tele-communications, etc. Agency shall not be liable to Contractor for any expenses paid or incurred by Contractor.

F: **CONTRACTOR RESPONSIBILITIES:**

1) **Arrival Time**: Contractor shall be responsible for arriving at the Program(s) performance location with ample time to set up the Program(s), perform the Program(s), and tear down the Program(s) based upon the requirements of the Client. There are no further time requirements imposed on Contractor by the Agency. If Contractor is late to a performance time set by the Client, the Contractor will be charged $100.00 for 15-30 minutes late, $200.00 for 30-60 minutes. Late arrival fee to be deducted from the next scheduled payment.

2) **Program(s) Duration**: Since Clients of the Agency are on restricted schedules, it is important that Contractor abide by the times established by the Agent and the Client for the Program(s).

3) **Directions**: Agency will provide the most accurate performance destination information available for Contractor. Contractor is also responsible for acquiring correct directions to the Program(s)'s performance location.

4) **Confirmation**: Arrival at an unverified program, by Contractor, does not obligate Agency to make daily rate payments listed under section D of this Agreement. It is Contractor's responsibility to call Agency to verify his/her performance schedule on Thursday's of each week for the upcoming week. Agency makes all reasonable attempts to confirm bookings with venue, including phone calls and emails to event coordinators and venues, as well as online scheduling worksheets (for applicable programs). It is not Contractor's responsibility to confirm bookings with the venue and Agency HIGHLY discourages this redundant communication.

5) **Program Recording**: Contractor will not allow the recording of the Program(s), in any manner, unless requested and/or approved to do so by Agency.

6) **Additional Performances**: Additional performance(s) may not be made by Contractor unless informed and approved by Agency.

7) **Equipment**: Contractor shall supply, at Contractor's expense, all equipment, materials, and supplies to accomplish the work agreed to. Contractor shall travel with all applicable equipment necessary to perform all services, as detailed in Section "A" above, so that if equipment fails and/or does not fit within the confines of the venue area, Contractor will be able to deliver an alternative program. Contractor is expected to have access to cellular communications, GPS and internet access via computer (not only a smartphone) for consistent communications with Agency.

8) **Subcontractors**: Contractor, at their expense, has the right to hire qualified persons, with credentials associated with Program(s) standards, to assist Contractor with the duties and responsibilities of the Program(s). Program(s) standards include satisfactory vetting with background check (at Contractor's expense) and screening by Agency. UNDER NO CIRCUMSTANCES shall Contractor allow their hired employees on site of performances until proper Agency vetting has occurred. Contractor shall hold harmless any liability of this assistance and Agency is under no obligation to pay persons hired by Contractor.

9) **Professionalism**: It is understood, by both parties, that the Contractor has been contracted as a professional and therefore, it is understood that Contractor will present themselves in a manner which conforms with educational and entertainment industry standards and that improper or unprofessional behavior is unacceptable. This includes proper attire and appearance consistent with the standards of the educational institution. The use of alcohol or illegal drugs, while engaged in performing contracted services for Agency, shall not be tolerated and may lead to Termination with Cause of this Agreement. Use of tobacco substances while on school grounds is also unacceptable. NO PETS, with the exception of service animals, are allowed at performance locations. Contractor is obligated to ensure that they are accompanied by venue personnel, AT ALL TIMES, when in the presence of minors.

10) **Guarantee**: Agency provides a guarantee to Client for the Program(s) contracted for and subsequently Contractor agrees to guarantee to Agency the services rendered. This warrants that Contractor will provide the services contracted to be of good quality, free from tardiness, equipment failure, unprofessional behavior or other problems arising from situations entirely under the control of Contractor and which Agency has no involvement. Guarantee to Agency by Contractor will be subject to restitutions listed below in subsection 11.

11) **Restitution**: In the event Agency must make restitution to the Client due to acts or situations listed above or any other incidents which were under the control of Contractor which result in changes to fees charged to Client, such restitution will be made to Agency by Contractor. This restitution may include amounts up to and including the daily rate due Contractor under Section D of this Agreement.

G: **CONTRACTOR LIABILITIES:**

If Contractor fails to deliver services as established by this Agreement and/or by Agency program schedule, then Agency may charge Contractor for the loss incurred by Agency.

H: **AGENCY RESPONSIBILITIES:**

1) **Emergency Financial Assistance:** In the event the Contractor is in need of emergency financial assistance and requires a loan of funds via direct deposit, Zelle, Venmo, Paypal, Bank Wire Transfer, or the like, Agency charges $50.00 processing fee per incident. Contractor must sign a Promissory Note prior to any loan being transferred. Agency has the right to refuse any request of this nature.

2) **Agency Services**:

a. Agency will provide all marketing services, in regards to contacts with Clients, and provide such materials to Contractors (i.e. Contractor schedules, Client contact information, and preliminary directions to performance locations).

b. Agency may provide copies of Client comments about the Contractor for review and consideration.

c. Agency will engage the services of a Payroll Agency to process all payments due to Contractors and annually issue a 1099 to Contractor for services paid in a calendar year.

d. Numerous means to communicate with Agency (i.e. telephone; fax, USPS, UPS or Federal Express, Internet, and E-mail contact information) will be made available to Contractor.

e. Agency will provide technical assistance when required and requested by the Contractor to the best of Agency's knowledge and ability. Agency may refer Contractor to another source for technical support in the event Agency cannot satisfy Contractor's request.

f. In the event Agency must collect and retain any personal mail for time periods set by the Contractor, such personal mail will be forwarded to the Contractor, on their instructions, for a $10.00 fee per mailing plus the associated fees collected by the Postal Service, UPS, Federal Express or any other delivery service of the Contractor's choice.

I: **TERMINATION WITHOUT CAUSE:**
Without cause, either party may terminate this agreement after giving 30 days prior written notice to the other of intent to terminate without cause. The parties shall deal with each other in good faith during the 30 day period after any notice of intent to terminate without cause has been given. Failure of Contractor to provide 30 day prior written notice to Agency shall result in a non-compliance fee of $750.00 per performance day scheduled over the 30 day period following notice of termination. Non-compliance fees shall be deducted from the next scheduled payment. Should non-compliance fees exceed the next scheduled payment, Contractor shall be responsible for reimbursing Agency final amounts due within 15 days of notice of termination.

J: **TERMINATION WITH CAUSE:**
With reasonable cause, either party may terminate this agreement effective immediately upon giving of written notice of termination for cause. Reasonable cause shall include, but not limited to:

A: Material violation of this Agreement.

B: Any act exposing the other party to liability to others for personal injury or property damage.

K: **HOW NOTICES SHALL BE GIVEN:**
Any notice given in connection with this Agreement shall be given in writing and shall be delivered either by hand to the party or by certified mail, return receipt requested, to the party at the party's address stated herein. Any party may change its address stated herein by giving notice of the change in accordance with this paragraph.

L: **AGREEMENT UNDERSTANDING:**
This Agreement contains the entire understanding of the parties relating to the subject matter herein contained, and this Agreement cannot be changed or terminated orally. This Agreement and all matters or issues collateral thereto shall be governed by the laws of the State of Michigan applicable to contracts performed entirely therein.

M: **DISPUTES:**
In the event of a dispute between the parties hereto, the parties agree to submit such dispute to binding arbitration in the Township of Redford, Michigan. The aggrieved party shall file a notice to arbitrate with the American Arbitration Association whose rules and procedures shall govern such arbitration. The award of the arbitrator may be entered in any court of competent jurisdiction or enforcement.

N: **WAIVER:**
A waiver by either party of any of the terms and conditions of this Agreement in any one instance shall not be deemed to be a waiver of such term or condition for the future, or of any subsequent breach thereof. All rights, remedies, undertakings, obligations and agreements contained in this Agreement shall be cumulative and none of them shall be in limitation of any other remedy, right, undertaking, obligation or agreement of either party.

O: **SEVERABILITY AND VENUE:**
If any part of this Agreement is not valid according to law, all other parts will remain enforceable. The laws of the State of Michigan will govern this Agreement.

P: **AMENDMENTS:**
This Agreement may be supplemented, amended or revised only in writing by agreement of the parties.

Q: **TRAINING COURSE:**
Agency has an optional training course which can be made available to Contractor, upon request, at an inclusive cost of $ 200.00.

R: **OWNERSHIP AND RIGHTS TO PROGRAM(s):**
Contractor may perform additional services outside of Agency, so as not to conflict on a regular or prolonged basis with services contracted with Agency as agreed upon by Contractor and Agency. It is understood that Agency owns the rights to the Program Title and Content of Program(s) listed in Section A above and Contractor may not, assign, sell, utilize, or perform Program(s) for benefit of Contractor or others without express consent of Agency. It is also understood that Contractor has control over the interpretation, presentation style, format, and direction needed for presenting Program(s) and is encouraged to implement whatever methods are required to meet these needs, as long as the Program(s) format continues to present the subject material in a truthful manner with special emphasis that all the basic factual scientific/instructional facts are presented during the presentation.

S: **NON-COMPETITION AND NON-SOLICITATION:**
Throughout the duration of this Agreement and for a period not to exceed twelve (12) months following the culmination, completion or termination of this Agreement, Contractor shall not directly or indirectly engage, call on, solicit, take away, or attempt to call on, solicit, or take away nor engage in any business with any Clients, Former Clients, Customers or Venues of Mobile Ed Productions, Inc.

If Contractor violates or breaches any of such provisions, then the Mobile Ed Productions, Inc. shall be entitled to injunctive relief, in addition to any other remedies at law or equity, to enforce such provisions.

T: **ACCEPTANCE OF TERMS:**
The parties hereto indicate their acknowledgment and consent to the terms of this Agreement by signing as indicated below. This Agreement is only binding upon execution and services will only be paid upon the signing of this Agreement.

U: **ELECTRONIC SIGNATURES:**
The Parties agree that this Independent Contractor Agreement may be delivered by use of a fax and/or email or any other form of electronic signature and the signatures, initials and modification shall be deemed to be valid and binding upon the Parties as if the original signatures, initials and modifications were present on the documents in the handwriting of each Party. Neither Party shall assert the Statute of Frauds or non-enforceability or invalidity of the contract because of fax copies, electronic signatures and/or emails being used, and both Parties specifically waive and relinquish any such defense.

V: **CRIMINAL BACKGROUND CHECKS:**
Independent Contractor Agrees to annually authorize a Criminal Background Check to be performed by Entity of Agency's choice, at Agency's expense. Independent Contractor further authorizes Agency to provide said Criminal Background Check to Performance Venues, upon request.

DocuSigned by: Kandis Thompson 46D65F1C3385411...
BY: ____________________
Kandis K Thompson
CFO
Mobile Ed Productions, Inc.

Dated: 8/29/2024 | 6:02:53 AM PDT

Signed by: Zachary Montez 2E4BABFA36864B2...
BY: ____________________
*Zachary Montez*
Contractor
for d/b/a *Zachary Montez*

Dated: 8/28/2024 | 11:20:37 AM PDT

**MOBILE ED PRODUCTIONS, INC.**

**2024**

**Pay Schedule**

| | Pay Period START Date | Pay Period END Date | Pay Date |
|---|---|---|---|
| 1 | 12/24/23 | 01/06/24 | 01/12/24 |
| 2 | 01/07/24 | 01/20/24 | 01/26/24 |
| 3 | 01/21/24 | 02/03/24 | 02/09/24 |
| 4 | 02/04/24 | 02/17/24 | 02/23/24 |
| 5 | 02/18/24 | 03/02/24 | 03/08/24 |
| 6 | 03/03/24 | 03/16/24 | 03/22/24 |
| 7 | 03/17/24 | 03/30/24 | 04/05/24 |
| 8 | 03/31/24 | 04/13/24 | 04/19/24 |
| 9 | 04/14/24 | 04/27/24 | 05/03/24 |
| 10 | 04/28/24 | 05/11/24 | 05/17/24 |
| 11 | 05/12/24 | 05/25/24 | 05/31/24 |
| 12 | 05/26/24 | 06/08/24 | 06/14/24 |
| 13 | 06/09/24 | 06/22/24 | 06/28/24 |
| 14 | 06/23/24 | 07/06/24 | 07/12/24 |
| 15 | 07/07/24 | 07/20/24 | 07/26/24 |
| 16 | 07/21/24 | 08/03/24 | 08/09/24 |
| 17 | 08/04/24 | 08/17/24 | 08/23/24 |
| 18 | 08/18/24 | 08/31/24 | 09/06/24 |
| 19 | 09/01/24 | 09/14/24 | 09/20/24 |
| 20 | 09/15/24 | 09/28/24 | 10/04/24 |
| 21 | 09/29/24 | 10/12/24 | 10/18/24 |
| 22 | 10/13/24 | 10/26/24 | 11/01/24 |
| 23 | 10/27/24 | 11/09/24 | 11/15/24 |
| 24 | 11/10/24 | 11/23/24 | 11/29/24 |
| 25 | 11/24/24 | 12/07/24 | 12/13/24 |
| 26 | 12/08/24 | 12/21/24 | 12/27/24 |
| 1 | 12/22/24 | 01/04/25 | 01/10/25 |

DocuSign

## Certificate Of Completion

Envelope Id: 2589ABF23E5C4071ACCA8981A793B6C0 | Status: Completed

Subject: Complete with Docusign: MONTEZ_Zach_ICA_082624_063025.pdf, MONTEZ_Zach_VLA_082624_063025.pdf, M...

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 15 | Signatures: 6 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 2 | Kandis Thompson |
| AutoNav: Enabled | | 26018 W 7 Mile Rd |
| EnvelopeId Stamping: Enabled | | Detroit, MI 48240 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | kandist@mobileedproductions.com |
| | | IP Address: 50.173.168.90 |

## Record Tracking

| Status: Original | Holder: Kandis Thompson | Location: DocuSign |
|---|---|---|
| 8/28/2024 10:59:35 AM | kandist@mobileedproductions.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Zachary Montez<br>zachm.mobileed@gmail.com<br>Security Level: Email, Account Authentication (None) | Signed by:<br>Zachary Montez<br>2E4BABFA36864B2...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 162.194.251.198 | Sent: 8/28/2024 11:02:44 AM<br>Viewed: 8/28/2024 11:12:05 AM<br>Signed: 8/28/2024 11:20:37 AM |

**Electronic Record and Signature Disclosure:**
Accepted: 8/28/2024 11:12:05 AM
ID: bbb4ef26-4187-4fb2-a00c-995dfa3f494f

| | | |
|---|---|---|
| Kandis Thompson<br>kandist@mobileedproductions.com<br>CFO<br>Mobile Ed Productions, Inc.<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Kandis Thompson<br>46D65F1C3385411...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 35.149.98.134 | Sent: 8/28/2024 11:20:38 AM<br>Viewed: 8/29/2024 6:02:46 AM<br>Signed: 8/29/2024 6:02:53 AM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/28/2024 11:02:44 AM |
| Certified Delivered | Security Checked | 8/29/2024 6:02:46 AM |
| Signing Complete | Security Checked | 8/29/2024 6:02:53 AM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Completed | Security Checked | 8/29/2024 6:02:53 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Mobile Ed Productions, Inc. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Mobile Ed Productions, Inc.:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: kandist@mobileedproductions.com

**To advise Mobile Ed Productions, Inc. of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at kandist@mobileedproductions.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Mobile Ed Productions, Inc.**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to kandist@mobileedproductions.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Mobile Ed Productions, Inc.**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to kandist@mobileedproductions.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Mobile Ed Productions, Inc. as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Mobile Ed Productions, Inc. during the course of your relationship with Mobile Ed Productions, Inc..