# EQUIPMENT LEASE AGREEMENT

This Equipment Lease Agreement made and entered into this Aug 26, 2024 by and between **Mobile Ed Productions, Inc.**, (a Michigan Corporation), with principal offices at 26018 West Seven Mile Road, Redford, MI 48240, (313) 533-4455 Federal ID 38-2463141. Hereinafter known as "Lessor", and *Zachary Montez*, Address: 7636 *Summer Creek Dr*, *Apt* 3301, *Forth Worth*, *TX* 76123, Phone: 830 – 549 – 7163, Social Security Number XXX-XX-3840, DBA / *Zachary Montez*, hereinafter known as "Lessee".

A: **NATURE OF AGREEMENT/OWNERSHIP:**
This Equipment Lease Agreement ("ELA") is solely for the purpose of creating a bailment which allows Lessee to use the below defined Equipment (herein known as "Equipment") only as permitted by this Agreement. Lessee acknowledges that this instrument is a lease only and Lessor remains the owner of the Equipment. Lessee will not transfer, sublease, rent, or do anything to interfere with Lessor's ownership of this Equipment. Lessee and Lessor agree that this lease will be treated as a true lease for Federal Income Tax purposes and elect to have Lessor receive the benefits of ownership. Lessee understands that Lessee is not an agent of Lessor and has no authority to bind Lessor in any transaction and is not to make any representations that Lessee has such authority.

B: **DESCRIPTION OF LEASED EQUIPMENT:**
The following is a description of the Equipment being leased:
One complete set of show materials for the Program(s) entitled: **EARTH "The Earth Dome"**, **MAGIC "The Magic of Science"**, **Q4KIND "Quest for Kindness"**, **STEAM "STEAM Museum"** .

C: **TERM OF THIS LEASE:**
The term of this lease becomes effective on or about Aug 26, 2024 and will continue until on or about June 30, 2025 [Initial Term of Equipment Lease Agreement]. Upon expiration of the Initial Term of Lease Agreement, this agreement will automatically renew for an additional 12 months, and annually thereafter, at the same rates specified on this agreement unless Lessee notifies Lessor in writing ninety (90) days prior to the expiration of the Initial Term of Lease Agreement (or current extension thereof) that Lessee does not intend to renew this agreement and will return the leased equipment.

D: **LEASE PAYMENT:**
The lease agreement for the above mentioned equipment will be **$50.00** for every 7-day period in which the equipment is used. In the event the equipment has not been used within the 7-day period, no lease payment will be required.

E: **LATE PAYMENT:**
If any payment is not paid within 10 (ten) days after it is due, Lessee will pay a charge of 5% of the late payment.

F: **PAYMENT OPTION:**
(Initial ZM Lessee initials) Lessee agrees to have Lessor withhold Weekly payments of **$50.00** from any payments due Lessee under Independent Contractor Agreement dated: Aug 26, 2024 between Mobile Ed Productions, Inc. and Lessee (the Independent Contractor).

EXHIBIT B exhibitsticker.com

G: **ACCEPTANCE OF TERMS:**
The parties hereto indicate their acknowledgment and consent to the terms of this Agreement by signing as indicated below:

H: **EARLY TERMINATION:**
Provided Lessee is not in default, either party may terminate this Equipment Lease Agreement, prior to its scheduled termination, with 30 days written notice. Upon early termination Lessee's obligation will be determined upon leased Equipment being returned to Lessor. Lessor will then have 15 days in which to notify Lessee of any amounts due Lessor. Amounts due Lessor may be withheld from any final payments due Lessee under Independent Contractor Agreement mentioned in Section F above.

I: **MAINTENANCE, REPAIRS AND OPERATING EXPENSES:**
Lessee will arrange for all maintenance and repairs to keep the Equipment in good working order and condition and any other expenses associated with operating the Equipment. Lessee will service the Equipment according to the manufacturer's recommendations or as requested by the manufacturer or Lessor. Any and all repairs or expenses in excess of $25 must have prior written approval from Lessor.

J: **LESSEE's OBLIGATIONS:**
1: Lessor has leased this Equipment on the promise that Lessee will use it safely and carefully. Lessee must use it safely and carefully, and return it in the same condition in which it was received, except for ordinary wear and tear. Lessee is totally responsible for the Equipment leased from the time received until the time it is returned. Lessee must not breach any of the terms of this agreement.

2: Lessee assumes all risks arising from the use of Equipment and understands that Equipment can cause injury to Lessee, or others, if used improperly. Lessee agrees to not hold Lessor liable for down time materials, or other consequential damages resulting from the use of the Equipment. Lessee promises to inspect Equipment periodically, including all maintenance required (i.e. oil changes, tire balancing, vehicle fluids), and will not operate Equipment when a defect has been noticed. In the event of a failure of the Equipment, Lessor is to be notified immediately of the defect or failure of equipment. Lessee will not transport Equipment outside of the United States. Equipment may not be taken into Canada or Mexico. Lessee agrees that, in the event the Equipment is not returned in as clean a condition as when it was picked up, a cleaning/repair charge will be implemented by Lessor. In the event of an accident involving a vehicle, Lessor is to be notified immediately. All information regarding the accident must be made available, including all police accident reports, witness lists, towing companies, and estimated loss amounts.

K: **FINANCIAL RESPONSIBILITY:**
If the Equipment is destroyed or otherwise rendered unsuitable for use by fire or accident or is stolen, Lessee are responsible for the first $750.00 deductible for loss or damage to the Equipment even if someone else caused it or the cause is unknown. Theft must be proven to have been from a locked vehicle or locked storage as showing forcible entry. Lessee may be responsible for the cost of repair or replacement of the Equipment. This would include losses as a result of theft, burglary, robbery, or mysterious disappearance, intentional criminal acts, loss or damage during loading and unloading, loss as a result of water, improper packing, leakage, breakage, shifting of cargo, scratching, temperature or atmospheric changes, deterioration, death of animals, except as a result of, fire, lightning, windstorm, hail, explosion, riot or civil commotion. Lessee may be held liable for the full replacement of the Equipment if the damage or loss results from intentional, willful, wanton or reckless conduct: or the Equipment is in violation of items listed in Section I above. In the event of an auto accident, Lessee may be held responsible for any and all deductibles associated with the Equipment.

L: **RETURN OF EQUIPMENT AT SCHEDULED LEASE TERMINATION:**
At the end of this lease, Lessee will return the Equipment to Lessor in good condition, without damage or excessive wear and use, and pay any amounts due under the terms of this lease.

M: **PERSONAL POSSESSIONS:**
Lessor has no control over Lessee's personal effects. Lessee agrees that Lessor will not be liable for loss or damage to the possessions of Lessee. Lessee agrees to waive all claims for such damage and assume the risk of loss. Lessee agrees to defend, indemnify and hold Lessor harmless from all claims arising out of such loss or damage.

N: **INSPECTION:**
Lessor may inspect the Equipment at any reasonable time. If Lessor asks to inspect the Equipment, Lessee will tell Lessor location of the Equipment and allow the inspection. If the Equipment is damaged, or there is excessive wear and use, Lessor will decide if Equipment is reasonably repairable. If the Equipment is reasonably repairable, Lessee will promptly have the necessary repairs made when Lessor requests repairs be made.

O: **DEFAULT:**
If Lessee is in default, Lessor will have the rights and remedies provided by the law. Lessor will have the right to sue Lessee for damages and/or recovery of the Equipment. Lessor may take the Equipment from Lessee without demand. To take it, Lessor may enter your premises or the premises where the Equipment is stored, so long as it is done peacefully. If there is any personal property in the Equipment, when Lessor takes it from Lessee, Lessor can take it and store it for Lessee. Any storage fees associated with such action shall be the responsibility of Lessee. The taking of the Equipment shall be considered an Early Termination and Lessee will not be released from any obligation under this lease. Lessee will be charged the reasonable expenses of taking and storing Equipment. Lessee will also be charged reasonable attorney's fees and legal expenses incurred by Lessor, to the extent permitted by law.

P: **INDEMNIFICATION:**
Lessee agrees that the Monthly Payment will not be subject to any defenses, set-off, counterclaim or recoupment. Lessee also agrees to indemnify and hold Lessor and its assignees and employees harmless from all losses, damages, injuries, claims, demands and expenses arising out of the condition, maintenance, use or operation of the Equipment.

Q: **SEVERABILITY AND VENUE:**
If any part of this lease is not valid according to law, all other parts will remain enforceable. The laws of the State of Michigan will govern this lease.

R: **TOTALITY OF AGREEMENT:**
This lease contains the entire agreement between Lessee and Lessor. There are no agreements between Lessee and Lessor except those included in writing in this lease. No change or other agreement will be binding unless in writing and signed by Lessee and Lessor.

S: **DISPUTES:**
In the event of a dispute between the parties hereto, the parties agree to submit such dispute to binding arbitration in the City of Redford, Michigan. The aggrieved party shall file a notice to arbitrate with the American Arbitration Association whose rules and procedures shall govern such arbitration. The award of the arbitrator may be entered in any court of competent jurisdiction or enforcement.

T: **SECURED INTEREST:**
Lessor will retain any final monies due Lessee, held by Lessor, in accordance with the Independent Contractor Agreement aforementioned in Section F, for a period of not more than 15 calendar days. In the event there are any pending charges assessed against damage and or repair needs to Equipment, Lessor will retain any final monies due Lessee for a period of not more than 30 calendar days.

DocuSigned by:
BY: Kandis Thompson
46D65F1C3385411...
Kandis K Thompson
CFO
Mobile Ed Productions, Inc.

Dated: 8/29/2024 | 6:02:53 AM PDT

Signed by:
BY: Zachary Montez
2E4BABFA36864B2...
*Zachary Montez*
Contractor
for d/b/a *Zachary Montez*

Dated: 8/28/2024 | 11:20:37 AM PDT

DocuSign

## Certificate Of Completion

Envelope Id: 2589ABF23E5C4071ACCA8981A793B6C0 | Status: Completed

Subject: Complete with Docusign: MONTEZ_Zach_ICA_082624_063025.pdf, MONTEZ_Zach_VLA_082624_063025.pdf, M...

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 15 | Signatures: 6 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 2 | Kandis Thompson |
| AutoNav: Enabled | | 26018 W 7 Mile Rd |
| EnvelopeId Stamping: Enabled | | Detroit, MI 48240 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | kandist@mobileedproductions.com |
| | | IP Address: 50.173.168.90 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/28/2024 10:59:35 AM | Holder: Kandis Thompson<br>kandist@mobileedproductions.com | Location: DocuSign |

## Signer Events | Signature | Timestamp

Zachary Montez
zachm.mobileed@gmail.com
Security Level: Email, Account Authentication (None)




Signature Adoption: Pre-selected Style
Using IP Address: 162.194.251.198

Sent: 8/28/2024 11:02:44 AM
Viewed: 8/28/2024 11:12:05 AM
Signed: 8/28/2024 11:20:37 AM

**Electronic Record and Signature Disclosure:**
Accepted: 8/28/2024 11:12:05 AM
ID: bbb4ef26-4187-4fb2-a00c-995dfa3f494f

Kandis Thompson
kandist@mobileedproductions.com
CFO
Mobile Ed Productions, Inc.
Security Level: Email, Account Authentication (None)




Signature Adoption: Pre-selected Style
Using IP Address: 35.149.98.134

Sent: 8/28/2024 11:20:38 AM
Viewed: 8/29/2024 6:02:46 AM
Signed: 8/29/2024 6:02:53 AM

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

## In Person Signer Events | Signature | Timestamp

## Editor Delivery Events | Status | Timestamp

## Agent Delivery Events | Status | Timestamp

## Intermediary Delivery Events | Status | Timestamp

## Certified Delivery Events | Status | Timestamp

## Carbon Copy Events | Status | Timestamp

## Witness Events | Signature | Timestamp

## Notary Events | Signature | Timestamp

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/28/2024 11:02:44 AM |
| Certified Delivered | Security Checked | 8/29/2024 6:02:46 AM |
| Signing Complete | Security Checked | 8/29/2024 6:02:53 AM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Completed | Security Checked | 8/29/2024 6:02:53 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Mobile Ed Productions, Inc. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Mobile Ed Productions, Inc.:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: kandist@mobileedproductions.com

**To advise Mobile Ed Productions, Inc. of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at kandist@mobileedproductions.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Mobile Ed Productions, Inc.**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to kandist@mobileedproductions.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Mobile Ed Productions, Inc.**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to kandist@mobileedproductions.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to ‘I agree to use electronic records and signatures’ before clicking ‘CONTINUE’ within the DocuSign system.

By selecting the check-box next to ‘I agree to use electronic records and signatures’, you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Mobile Ed Productions, Inc. as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Mobile Ed Productions, Inc. during the course of your relationship with Mobile Ed Productions, Inc..