**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ZACHARY MONTEZ** | § | |
| *Plaintiff*, | § | CIVIL ACTION |
| | § | |
| vs. | § | 4:26-cv-769 |
| | § | |
| **MOBILE ED PRODUCTIONS, INC. AND** | § | |
| **JEFFREY T. THOMPSON,** | § | |
| *Defendants.* | § | |

**ORDER TO COMPEL ARBITRATION**

BEFORE THE COURT is Defendants MOBILE ED PRODUCTIONS, INC. and JEFFREY T. THOMPSON'S Motion to Compel Arbitration, Subject to Thompson's Objection to Personal Jurisdiction, and Motion to Stay or, Alternatively, Motion to Dismiss Without Prejudice Plaintiff's Claims (the "Motion").

After considering the Motion, the pleadings on file, any response and reply thereto, the arguments of counsel, if any, and the applicable law, the Court is of the opinion that the Motion should be, and hereby is, GRANTED.

Accordingly, it is ORDERED that Plaintiff ZACHARY MONTEZ and Defendants MOBILE ED PRODUCTIONS, INC. and JEFFREY T. THOMPSON shall submit all claims asserted by Plaintiff against Defendants to binding arbitration administered by the American Arbitration Association, in accordance with the parties' arbitration agreement entered into in Michigan.

It is further ORDERED that all proceedings in this action are STAYED pending completion of the arbitration in accordance with the terms of the parties' arbitration agreement.

Alternatively, it is ORDERED that Plaintiff's claims against Defendants MOBILE ED PRODUCTIONS, INC. and JEFFREY T. THOMPSON are DISMISSED WITHOUT PREJUDICE in favor of arbitration pursuant to the parties' arbitration agreement.

SIGNED this the _________ day of ___________________, 2026.

______________________________
JUDGE PRESIDING