**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ZACHARY MONTEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-769-JDK** |
| | § | |
| **MOBILE ED PRODUCTIONS, INC.** | § | |
| **and** | § | |
| **JEFFREY T. THOMPSON** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND MOTION TO STAY PLAINTIFF'S CLAIMS OR ALTERNATIVELY MOTION TO DISMISS**

Before the Court is Defendants Mobile Ed Productions, Inc. and Jeffrey T. Thompson's Motion to Compel Arbitration and Motion to Stay Plaintiff's Claims or Alternatively Motion to Dismiss (Dkt. 5). Having considered the Motion, Plaintiff's Response, and the applicable law, the Court finds that the Motion should be GRANTED IN PART and DENIED IN PART.

Plaintiff has agreed to arbitrate his claims against Defendants Mobile Ed Productions, Inc. and Jeffrey T. Thompson in accordance with Section M of the Independent Contractor Agreement (Dkt. 5-1 at 5).

It is ORDERED that Defendants' Motion to Stay is GRANTED. Under 9 U.S.C. § 3, this action is STAYED in its entirety pending completion of that arbitration. The Court retains jurisdiction over the stayed claims.

It is further ORDERED that Defendants' Motion to Compel Arbitration is DENIED AS MOOT in light of Plaintiff's agreement to arbitrate.

It is further ORDERED that the parties shall file a joint status report within fourteen days after the arbitration ends.

It is further ORDERED that Defendants' alternative Motion to Dismiss or transfer this action is DENIED.

It is so ordered.