**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ZACHARY MONTEZ,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE ED PRODUCTIONS, INC., *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:26-cv-769-JDK |

**ORDER COMPELLING ARBITRATION AND STAYING CASE**

Before the Court is Defendants Mobile Ed Productions, Inc., and Jeffrey T. Thompson's Motion to Compel Arbitration and Motion to Stay Plaintiff's Claims or Alternatively Motion to Dismiss. Docket No. 5. Having considered the Motion, Plaintiff's Response, and the applicable law, the Court finds that the Motion should be **GRANTED in part**.

Plaintiff has agreed to arbitrate his claims against Defendants in accordance with Section M of the Independent Contractor Agreement. Docket No. 5-1 at 5.

Accordingly, it is **ORDERED** that Defendants' Motion to Stay is **GRANTED**. Under 9 U.S.C. § 3, this action is **STAYED** in its entirety pending completion of that arbitration. The Court retains jurisdiction over the stayed claims.

It is further **ORDERED** that Defendants' Motion to Compel Arbitration is **GRANTED** as unopposed.

It is further **ORDERED** that the parties shall file a joint status report within fourteen days after the arbitration ends.

Finally, the Court does not reach Defendants' alternative request to dismiss or transfer.

So **ORDERED** and **SIGNED** this **13th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE